■ Josef V. Lombardo et al., Respondents, v. Harold W. Stoke et al., Appellants.— Motion by respondents to amend a decision and order of this court, dated July 6, 1965 (24 A D 2d 574), granted to the extent of striking out the decretal paragraph and by substituting therefor: " Order reversed, without costs; motion granted and complaint dismissed, without costs." Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ In the Matter of Samuel Spevack, an Attorney, Respondent. Solomon A. Klein, Petitioner.— Motion by respondent to stay operation of order dated July 19, 1965 (24 A D 2d 653), disbarring respondent, granted to the following extent: said order is amended so as to make the effective date of disbarment "December 1, 1965", instead of October 1, 1965. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ The People of the State of New York, Respondent, v. Ralph Balsamo, Appellant.— Motion by appellant for reargument of appeal from a judgment of the former County Court, Kings County, rendered October 22, 1956. Motion granted; upon reargument, original decision adhered to (People v. Balsamo, 5 A D 2d 696). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

## (September 20, 1965)

■ D. P. C. of North Shore, Inc., Appellant, v. Myrtle Mattress & Clothing Co., Inc., Respondent.— Motion by defendant to dismiss appeal by plaintiff from order entered May 27, 1965, on the ground that plaintiff failed to serve or file a timely notice of appeal therefrom. Motion granted, appeal dismissed, without costs. Plaintiff's time to appeal started running with the entry by it of the order from which it is now attempting to appeal (People ex rel. Manhattan Stor. & Warehouse Co. v. Lilly, 299 N. Y. 281; CPLR 5513, subd. [a]). Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.